USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VICTOR COYOTL CUAYA, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

            Plaintiff,

-v-

VI DEVELOPMENT GROUP, LLC d/b/a
BREAD & BUTTER, *et al.*,

            Defendants.
-----------------------------------------------------------X

**ORDER**
19-CV-4290 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      On April 1, 2020, the Second Circuit issued a decision regarding conditional certification. *See Scott v. Chipotle Mexican Grill, Inc.*, Nos. 17-CV-2208, 18-CV-359 (2d Cir. April 1, 2020). The parties are hereby directed to address in their briefings moving for or opposing conditional certification how the Circuit's decision in *Scott* bears on their position.

      **SO ORDERED.**

Date:  April 2, 2020
         New York, New York

_____
JAMES L. COTT
United States Magistrate Judge