UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR COYOTL CUAYA,

                Plaintiff,

-vs-

VI DEVELOPMENT GROUP LLC d/b/a BREAD & BUTTER, *570 KCBS CORP.* d/b/a BREAD & BUTTER, *401 KCBS CORP.* d/b/a BREAD & BUTTER, *462 BKCS LTD.* d/b/a BREAD & BUTTER, *BKCS LTD.* d/b/a BREAD & BUTTER, *K&H 14 INC.* d/b/a BREAD & BUTTER, *FOOD & BEYOND, LLC* d/b/a BREAD & BUTTER, *TERENCE PARK* and *BYUNG IL PARK*,

                Defendants.

CASE NO.: 19 CIV. 4290 (RA) (JLC)

## DECLARATION OF JONATHAN SUE

I, JONATHAN Y. SUE, declare as follows:

I am an attorney in good standing and admitted to the New York State bar and the bar of the United States District Court, Southern District of New York.

1.    I am the attorney for Food & Beyond, LLC (hereafter "F&B") and submit this declaration in opposition to plaintiff's motion for conditional class certification.

2.    Contrary to plaintiff's allegation that "[d]efendants operate as a single integrated enterprise," the exhibits attached to the plaintiff's memorandum of law does not include any direct or indirect relationship to F&B, which purchased the assets of a previous "Bread & Butter" located at 419 Park Avenue South, New York, New York, on or about September 19, 2014.

3.    Plaintiff's Exhibit A is the proposed notice. Exhibit B refers to a NY Post article that has no mention of the 419 Park Avenue South store. Exhibit C shows "restaurant wine" licenses for four locations of which none are for 419 Park Avenue South. Exhibit D appear to be website pages which again do not reference the 419 Park Avenue store. Exhibit E appear to be photographs of the

LAW OFFICES OF
JONATHAN Y. SUE, PLLC
303 Fifth Avenue
Suite 1207
New York, NY 10016
212.967.1001

stores which do not include the 419 Park Avenue store.  Exhibits F and G likewise has no reference to the 419 Park Avenue store.

4.  As explained in the Declaration of Jimmy Kim, the Bread & Butter store located at 419 Park Avenue, does not have any relationship to the other Bread & Butter stores, nor their principals.

5.  Although plaintiff attempts to group all of the defendants together, it is clear by his own allegation that Food & Beyond, LLC is distinct and separate from the other Bread & Butter stores.  As such, plaintiff's motion for conditional collective certification against Food & Beyond, LLC must be denied.

I declare under penalties of perjury that the foregoing is true and correct.

Dated: New York, New York
April 8, 2020

_____
Jonathan Sue

LAW OFFICES OF
JONATHAN Y. SUE, PLLC
303 Fifth Avenue
Suite 1207
New York, NY 10016
212.967.1001