UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR COYOTL CUAYA, *on behalf of himself and a class of similarly situated individuals*,

                      Plaintiff,

v.

VI DEVELOPMENT GROUP, LLC
    d/b/a/ BREAD & BUTTER,
570 KCBS CORP.
    d/b/a BREAD & BUTTER,
401 KCBS CORP.
    d/b/a BREAD & BUTTER,
462 BKCS LTD.
    d/b/a BREAD & BUTTER,
BKCS LTD.
    d/b/a BREAD & BUTTER,
K&H 14 Inc.
    d/b/a BREAD & BUTTER,
FOOD & BEYOND LLC
    d/b/a BREAD & BUTTER,
TERENCE PARK, and
BYUNG IL PARK,

                      Defendants.

No. 19 Civ. 4290 (JLC)

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants VI Development Group LLC, 570 KCBS Corp., 401 KCBS Corp., 462 BKCS LTD., BKCS LTD, Terence Park, and Byung Il Park ("Defendants") having offered to allow Plaintiff Victor Coyotl Cuaya ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), inclusive of damages, liquidated damages, interests, and all of Plaintiff's attorneys' fees, expenses, and costs for Plaintiff's federal claims, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 13, 2021 and filed as Exhibit A to Docket Number 129;

**WHEREAS**, on August 26, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 129);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Victor Coyotl Cuaya, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 13, 2021 and filed as Exhibit A to Docket Number 129.

**SO ORDERED:**

Dated: _____, 2021   _____
       New York, New York                           U.S.D.J.